■

The VILLAS AT BAILEY SPRINGS
HOMEOWNERS ASSOCIATION

v.

The VILLAS AT BAILEY SPRINGS,
L.P., Mesa Holdings, Inc. and Cornerstone Development Group, Inc.

v.

HPC Enterprises, Inc., Environmental Materials, LLC a/k/a Environmental Stone Works, Burja Construction, Inc., Archer's Exteriors, Inc., Schuylkill Stone, Inc., Atlantic Coast Exteriors, Inc., Santos Home Corporation, Inc., American Aluminum and Insulation, Complete Fencing and Jenna Enterprises, Inc., Stock Building Supplies and True Value Hardware, Ben Lewis Plumbing, Inc., Williams Heating and Air Conditioning, Inc., Advantage Security, Inc., Simplex Grinnell, Gohn and Stambaugh, Inc., Monumental Mill Work, Inc., Groffdale Concrete Walls, Inc., L and E Bustamente Concrete Co., Inc., D.L. Sanborn Concrete Construction, Inc., Structural Concrete, Inc., Frank General Construction, Hanover Foundation Coating Co., Pave N More, Inc., Miller's Paving, Inc., and Kinsley Construction, Inc

Petition of: The Villas At Bailey
Springs Homeowners
Association

No. 638 MAL 2016

Supreme Court of Pennsylvania.

February 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of February, 2017, the Petition for Allowance of Appeal is DENIED.

■

Ryan WHEELER, Petitioner

v.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,
Respondent

No. 202 EM 2016

Supreme Court of Pennsylvania.

February 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of February, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, are GRANTED.

The Court of Common Pleas of Philadelphia County is DIRECTED to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.